In the Matter of JOHN J. McCARTHY, Respondent, against HAROLD TYNAN, Appellant. POLICE DEPARTMENT OF THE CITY OF YONKERS, Respondent.— Order adjudging appellant to be guilty of violating certain rules and regulations of the Police Bureau, Department of Public Safety of the City of Yonkers, and dismissing him from the police force of said City, unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

FRIEDA KANE, as Administratrix of the Estate of WILLIAM KANE, Deceased, Respondent, v. LEAVITT SAMPSON, Defendant, and ROCKLAND COACHES, INC., et al., Defendants-Appellants.— Action to recover damages for the death of plaintiff's intestate while a passenger in defendant Sampson's automobile, as the result of a collision between said automobile and a bus owned by appellant Rockland Coaches, Inc. Judgment in favor of plaintiff, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MERCEDES LEONARD, Respondent, v. JAMES M. DALEY et al., Appellants.— Action to recover damages for personal injuries sustained by reason of the collision of two automobiles. Order of the County Court of Westchester County setting aside a verdict in favor of defendants and ordering a new trial, unanimously affirmed, with costs to abide the event. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

JOHN McCAW et al., Respondents, v. WILLIAM J. McCAW, Individually and as Executor and Trustee under the Will of MARGARET V. McCAW, Deceased, Appellant.— Action for an accounting. Order denying defendant's motion for judgment on the pleadings dismissing the amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur. [182 Misc. 910.]

MILTON W. MENDELSON et al., Respondents, v. NEWARK FIRE INSURANCE COMPANY et al., Defendants, and THERESA DE MARCO, Defendant-Appellant.— In an action for an accounting and for other relief, order directing examination of the appellant as an adverse party affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

EUNICE MOODY, as Administratrix of the Estate of ANNA M. POSTON, Deceased, Respondent, v. STATEN ISLAND COACH COMPANY, INC., Appellant.— In an action to recover damages for wrongful death, order denying defendant's motion to require plaintiff-administratrix to furnish security for costs affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

BERT PRESANT, Appellant, v. CHARLES BENSON, Respondent.— Order opening the defendant's default and permitting him to serve his notice of appearance affirmed, without costs. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.